■ TRACIE CARLSON, Appellant, v TERRY CARLSON, Respondent. (Appeal No. 2.) [670 NYS2d 649] —Appeal unanimously dismissed without costs. Same Memorandum as in *Carlson v Carlson* (248 AD2d 1026 [decided herewith]). (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Visitation.) Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ.

■ In the Matter of THOMAS J. CRAIG, III, an Attorney, Resignor. [670 NYS2d 124] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Mar. 2, 1998.)

■ In the Matter of CHRISTINE L. GARNER, an Attorney, Resignor. [670 NYS2d 124] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Mar. 2, 1998.)